**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 23-60211-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA**

**vs.**

**JEFFRY ARISTA, et al.**

**Defendant.**
______________________________________/

**MOTION TO TERMINATE RESTITUTION HEARING**

The United States of America, by and through its undersigned Assistant United States Attorney, files this Motion to Terminate Restitution Hearing, and as grounds states as follows:

1. Defendants Jonathan Arista and Raymond Gomez were sentenced on July 31, 2026 (DE: 135, 137).

2. Defendant Jeffry Arista was sentenced on August 17, 2026 (DE: 142).

3. At the time of both sentencing hearings, the undersigned requested the Court set a restitution hearing to allow the United States time to ascertain whether the victim had suffered financial losses.

4. That hearing was scheduled for October 16, 2026.

5. The undersigned has since spoken to the victim who advised they are not seeking restitution.

6. Wherefore, the United States asks that Court to terminate the October 16 hearing.

[INTENTIONALLY LEFT BLANK]

7. Counsel for Defendants all advised they do not object to this motion.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/ *Anita G. White*
Assistant United States Attorney
Florida Bar No. 537861
U.S. Attorney's Office
500 E. Broward Blvd.
Fort Lauderdale, FL 33324
Telephone: (954) 660-5946
Email: anita.white@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 8, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

/s/ *Anita G. White*
ANITA G. WHITE
Assistant United States Attorney